ORIGINAL

FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0162

_____

ROBERT L. ROSE,

      Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

      Respondents and Appellees.

_____

FILED

APR 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

     Appellant Robert L Rose has filed a motion for extension of time to file his reply brief. Good cause appearing,

     IT IS HEREBY ORDERED that Appellant has until May 23, 2024, to file his reply brief.

     DATED this 23rd day of April, 2024.

                    For the Court,

                    _____
                          Chief Justice